*John W. Bale, John Camp Davis,* for plaintiff in error.
*Max Meyerhardt,* contra.

---

### 6138.  DAVIS v. THE STATE.

RUSSELL, C. J. "The venue of a prosecution under the labor-contract act (Penal Code of 1910, §§ 715, 716) is in the county where the advances were received." *Lewis* v. *State*, 15 *Ga. App.* 405 (83 S. E. 439, 440); *Dyas* v. *State*, 126 *Ga.* 556 (55 S. E. 488). Since there was no proof of venue in the present case, and the particular point was specifically raised in the motion for a new trial (Acts 1911, pp. 149, 150), the court erred in overruling the motion for a new trial.

*Judgment reversed.*

DECIDED MARCH 23, 1915.

Accusation of cheating and swindling; from city court of Louisville—Judge Phillips. April 20, 1914.

*Price & Price,* for plaintiff in error.
*J. R. Phillips, solicitor,* contra.